# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LARRY L. JOHNSON**                                                                            **PLAINTIFF**

**v.**                               **CASE NO. 4:24-cv-00647-JM-JTK**

**STERLING PENIX,** *et al.*                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendant Sterling Penix are DISMISSED without prejudice for lack of service and failure to prosecute.

2. Defendant Sterling Penix is TERMINATED as a party to this action.

DATED this 2nd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE