IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LARRY L. JOHNSON                                                                PLAINTIFF

v.                                          4:24CV00647-JM-JTK

STERLING PENIX, et al.                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 38) is GRANTED;

2. Plaintiff's claims against Defendants Watkins, McJunkins, Howard, Holliday, Stracener, Jackson, and Solomon are DISMISSED with prejudice;

3. Plaintiff's Complaint (Doc. No. 2) is DISMISSED; and

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the related Judgment would not be taken in good faith.

Dated this 1st day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE