IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY L. JOHNSON**                                                                                          **PLAINTIFF**

v.                              Case No. 4:24-cv-00647-JM-JTK

**STERLING PENIX, et al.**                                                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's claims against Defendants Watkins, McJunkins, Howard, Holliday, Stracener, Jackson, and Solomon with prejudice; the relief sought is denied. Plaintiff claims against Defendant Penix have been dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 1st day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE